UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-49-BR

FILED
FEB 2 0 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ____KM____ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) I N F O R M A T I O N
)
SALEH ALI AL-ASHMALI )

The United States Attorney charges:

On or about June 8, 2011, in the Eastern District of North Carolina and elsewhere, the defendant, SALEH ALI AL-ASHMALI, did willfully and knowingly make and cause to be made, in a matter within the jurisdiction of United States Citizenship and Immigration Services, an agency within the Executive Branch of the Government of the United States, a false writing and document, knowing the same to contain a materially false statement, to wit: the defendant filed and caused to be filed Form N-400, Application for Naturalization, and certified under penalty of perjury that he only had two children and that he had never given false or misleading information to any federal government official while applying for any immigration benefit or to prevent deportation, exclusion or removal, when in fact, as the defendant well knew, he had a total of four children with H.A.

All in violation of Title 18, United States Code, Section 1001(a)(3).

THOMAS G. WALKER
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney